SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
----------------------------------------------------------------X

PAULA MALM,   Index No. 035131-2014

                    Plaintiff/Petitioner,

    -against-

LIXI NANUET, INC., LIXI GROUP, HAMPTON   **STIPULATION**
INNS FRANCISE LLC, FREELANCERS HEALTH
SERVICE CORPORATION d/b/a HEALTH
REPUBLIC INSURANCE OF NEW YORK and
DANIEL J. MURPHY,

                   Defendant/Respondent.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the plaintiff and defendant Health Republic Insurance of New York ("Health Republic") that Health Republic's time to appear, answer or otherwise move with respect to the Complaint is extended to January 7, 2015.

Dated: New York, New York
        November 26, 2014

_____   _____
Michael A. Starvaggi   John T. Seybert
Starvaggi Law Offices, P.C.   Sedgwick LLP
P.O. Box 229   225 Liberty Street, 28th Floor
Valley Cottage, NY 10989   New York, NY 10281
(845) 589-9456   Tel: 212-422-0202
*Attorneys for Plaintiff*   john.seybert@sedgwicklaw.com
    *Attorneys for Defendant*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1/7/15