McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Defendants,
Lixi Nanuet, Inc., Lixi Group and
Hampton Inns Franchise LLC

2-25-15

| | |
|---|---|
| PAULA MALM, <br><br> Plaintiff, <br><br> v. <br><br> LIXI NANUET, INC., LIXI GROUP, HAMPTON INNS FRANCHISE LLC, FREELANCERS HEALTH SERVICE CORPORATION d/b/a HEALTH REPUBLIC INSURANCE OF NEW YORK and DANIEL J. MURPHY, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No.: 14-cv-9655 (ALC) (DCF) |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, Lixi Nanuet, Sedgwick LLP, attorneys for defendant, Health Republic Insurance of New York upon notice to and with the consent of Starvaggi Law Offices, P.C., attorneys for plaintiff, Paula Malm; and the Court having reviewed all pleadings and proceedings in this matter, having noted the consent of the parties and finding good cause existing for the entry of the within Order;

IT IS on this 24 day of February, 2015

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to any of the parties.

_____
Hon. Andrew L. Carter, U.S.D.J.

2-25-15

The undersigned attorneys hereby consent to the form, content and entry of the within Order:

STARVAGGI LAW OFFICES, P.C.
Attorneys for Plaintiff,
Paula Malm

By:_____
    Michael A. Starvaggi, Esq.


McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant,
Lixi Nanuet

By:_____
    Randi F. Knepper, Esq.

SEDGWICK LLP
Attorneys for Defendant,
Health Republic Insurance of New York

By:_____
    John T. Seybert, Esq.

2